UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TIMOTHY STRAND,

                Plaintiff,

                                                    RULE 7.1 STATEMENT

  -against-

                                                    08 Civ. 5273 (PAC)

METRO-NORTH RAILROAD COMPANY,

                Defendant.
---------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York          RICHARD K. BERNARD
       July 14, 2008                    GENERAL COUNSEL

                                            BY:___S/_____
                                             Ioana Wenchell - IW/4775
                                             Attorneys for Defendant
                                             347 Madison Avenue
                                             New York, New York  10017
                                             212-340-2203