UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMOTHY STRAND,

                    Plaintiff,


   -against-                                                **ANSWER**

                                                08 Civ. 5273 (PAC)


METRO-NORTH RAILROAD COMPANY,

                    Defendant.
------------------------------------------------------------------X

        Defendant, Metro-North Commuter Railroad Company, s/h/a Metro-North

Railroad Company, (hereinafter"Metro-North"), by its attorney, Richard K. Bernard,

General Counsel, as and for its answer to the complaint of the plaintiff, alleges as

follows:

        1.  Denies knowledge or information sufficient to form a belief as to the truth of

the allegations contained in paragraph(s) 1 and 4 of the complaint and respectfully refers

all questions of law and fact to judge and jury.

        2.  Admits the allegations contained in paragraph(s) 2 of the complaint.

        3.  Denies upon information and belief each of the allegations contained in

paragraph(s) 3 of the complaint and refers all questions of law and fact to judge and jury,

except admit that plaintiff was employed by defendant at all relevant times.

        4.  Denies the allegations contained in paragraph(s) 5, 6 and 7 of the complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

        5.  As and for a first affirmative defense, or as a defense in mitigation of damages,

the defendant claims that any injuries allegedly sustained by the plaintiff were caused, in

whole or in part, by reason of the culpable conduct of the plaintiff.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

6.  As and for a second affirmative defense, or as a defense in mitigation of

damages, the defendant claims that the plaintiff failed to take all steps necessary and

proper to mitigate damages.

WHEREFORE, defendant demands judgment dismissing the complaint, together

with costs and disbursements and such other and further relief as to this Court seems just

and proper.

Dated: New York, New York
      July 14, 2008                      RICHARD K. BERNARD
                                      GENERAL COUNSEL

                                By:__S/_____
                                  Ioana Wenchell (IW-4775)
                                  Associate Counsel
                                  Attorneys for Defendant
                                  347 Madison Avenue
                                  New York, New York  10017
                                  (212) 340-2203

TO:    Michael Flynn, Esq.
        Law Office of Michael Flynn PLLC
        Attorney for Plaintiff
        1205 Franklin Avenue
        Garden City, NY 11530
        (516) 877-1234

STATE OF NEW YORK   :

                                    : ss:

COUNTY OF NEW YORK:


        Laura Matthews, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age and reside in Bronx County, New York.

        On July 14, 2008, I served a true copy of the annexed ANSWER and RULE 7.1 STATEMENT, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:


TO:    Michael Flynn, Esq.
        Law Office of Michael Flynn PLLC
        Attorney for Plaintiff
        1205 Franklin Avenue
        Garden City, NY 11530
        (516) 877-1234

                                             ___S/_____
                                             LAURA MATTHEWS


Sworn to before me this
 _14th__ day of  July, 2008


 _S/_____
NOTARY PUBLIC




Strand,Timothy