**The Law Offices of**

# Michael Flynn, PC

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234  (212) 986-4921
Toll Free: (866) 877-FELA
Fax: (516) 877-1177

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2008
```

Michael Flynn, Esq.

Marc Wietzke, Esq. †

Charles Rock, Of Counsel
David Sutton, Of Counsel

†Also admitted in NJ

Penn Station Office
Five Penn Plaza, 23rd Fl.

Grand Central Office
100 Park Avenue, 16th Fl.

Connecticut Office
263 Tresser Blvd., 9th Fl.
Stamford, CT 06901

**MEMO ENDORSED**

July 23, 2008

Application GRANTED. The conference is adjourned to 8/28/08 at 3:00 pm in Courtroom 20-C

SO ORDERED: JUL 24 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Judge Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: TIMOTHY STRAND V. METRO-NORTH COMMUTER RAILROAD
    08 Civ. 5273 (PAC)

Dear Judge Crotty:

I am plaintiff's co-counsel in the above-entitled case and I am writing to request an adjournment of the conference scheduled for July 29, 2008. Both Robert Byrne, lead counsel for plaintiff and I are unavailable due to vacation and trial schedules. I have spoken with defense counsel and she consents to the adjournment. No previous request for adjournment has been made.

Therefore, it is respectfully requested that the conference be adjourned to some time after August 22, 2008. We propose August 27th, 28th or 29th.

Respectfully submitted,

Michael Flynn

**MEMO ENDORSED**

MF:EF
Cc: Ioana Wenchell, Esq.
    Robert Byrne, Jr., Esq.